In the Name of ALLAH

Slave of ALLAH
Zaccarias Moussaoui

Judge
Michael Hegarty
02/18/19

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 18 2019
JEFFREY P. COLWELL
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
03/18/2019
JEFFREY P. COLWELL, CLERK

Object
Direct Death threat by captain and Lieutenant in H unit

A few moment ago this morning the Captain with 2 Lieutenant came to my door and they made explicit death threat specifically mentioning that I should watch out for what happen to high profeme inmate Bulger app kill in a maximum security BOP Jail.

As I told you during your visit the Warden want to kill me like Bulger

I request to be move out of ADX and be put on protective custody against the Federal government

There is Audio Recording of the H unit control Unit cell Door

Be aware that they use either B 309 or B 509 to identify my cell

The death threat by ADX happen around 7h30 and 8h30 morning (am)

Thank

ZM

Slave of ALLAH

Zacarias Moussaoui

PS. There was the Captain and the LT of H unit and another LT who i believe his name is Scarabarough (Scarabough)

19-SW2705Y-0307-MO-3

MOUSSAOUI

No: 51528255

Penitentiary MAX

Florence, CO. 81226-8500

DENVER CO 802

12 MAR 2019 PM 2 L

Hon Michael Hegarty
Magistrate Judge
Alfred A. Arraj Courthouse
901-19th Street, Suite A542
Denver CO 80294