In The Name of ALLAH

Case 1:01-cr-00455-LMB Document 1929 Filed 03/05/19 Page 1 of 3 PageID# 73

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:12 pm, Mar 20, 2019
JEFFREY P. COLWELL, CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 20 2019
JEFFREY P. COLWELL, CLERK

RECEIVED
MAILROOM
MAR 5 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

DJ
Lemie Bounheina

1:01cr455

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hyacker
CT: Hussein AlAttas, Imam
Suroti, Bro Abdel Kader
Bro Omar Heroin cocktail
poissoning of 6 American
in Oklahoma

On Freeday 15 of February 2019 Captain Ricoled, LT B Scoobodoo, LT Scarborough threaten me to be kill like high profile inob Bulger as to stop me to testify on the Saoudi/CIA 9/11, the Cole Bombing and the Heroine Cocktail poissoning of 6 American in Oklahoma by Hussein AlAtta Imam Suroti, Bro Abdel Kader

Bro Omar, The poisoning enable Hussein to prove to me that he was dedicated to be the Real 20th Hijacker as Mohamed Atta could not get a visa for him a brother.

I demand in the interest of 9/11 Justice to be heard and to have a deposition before Supermax Warden Andre Matevousian has me kill like Bulger.
(Imam Suaib, Bro Abdelkader, Bro Omar attended with me Norman Oklahoma Mosq in 2001.

Slave of ALLAH
Zacarias Moussaoui

PS: Not to forget that thank to Frank Dunham I exchange my guilty plea for the Death penalty for the freedom of Hussein Al Attas.

19-S147054-0307-m04

Name: MOUSSAQUI
Reg. No: 51427-054
Zacarias Moussaoui Max.
U.S.P. Florence
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 800
12 MAR 2019 PM 2 L

Leonie Brinkema
US District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria Virginia 22314-5799

22314-579999

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1: 01-cr-455 (LMB) |
| ) | |
| ZACARIAS MOUSSAOUI, ) | |
| a/k/a "Shaqil," ) | |
| a/k/a "Abu Khalid al Sahrawi," ) | |

MAR 1 8 2019

### ORDER

The Court has received two letters from the defendant acting pro se, both of which are difficult to decipher. The first [Dkt. No. 1928] described as "for your info" makes some kind of statement about two other alleged 9/11 co-conspirators. Because this letter makes no comprehensible claim for appropriate relief, it will be filed only for administrative purposes and no further action taken as to it.

The second letter appears to allege that on February 15, 2019, correctional officers threatened to kill the defendant "like high profile mob Bulger" in order to prevent the defendant from testifying. Because the defendant is housed in FCI Florence in Colorado and this letter is best construed as an attempt to raise a claim under § 1983 involving the conditions of defendant's confinement, it must be filed in the district where defendant is housed. Accordingly, it is hereby

ORDERED that this letter [Dkt. No. 1929] be transferred to the United States District Court for the District of Colorado.

Defendant is advised that he has previously been put on notice by the District of Colorado as to the proper way to file a § 1983 complaint. His failure to pay the required filing

fee or submit the appropriate application to proceed in forma pauperis as required by 28 U.S.C. § 1915 and to file a comprehensible claim on a court-approved Prisoner Complaint form will result in a summary dismissal of this claim.

The Clerk is directed to transfer docket #1929 to the District of Colorado and forward copies of this Order to counsel of record and defendant, pro se.

Entered this 18th day of March, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

Clerk's Office
Alfred A. Arraj U.S. Courthouse
Room A105
901 19th Street
Denver, CO   80294-3589

---

FIRST-CLASS MAIL
Hasler
03/18/2019
US POSTAGE $00.65⁰
ZIP 22314
011D11648117

NO VA
VA 220
19 MAR '19
PM 4 L

OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

OFFICIAL BUSINESS

60294-250151