# In the Name of ALLAH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1:02 pm, Apr 02, 2019
JEFFREY P. COLWELL, CLERK

US Magistrate
Michael Hegarty
03/17/19

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker

Subject: Religious right to contact chief Minister of Nation of Islam Louis Farrakhan

The FBI is denying me currently to have contact with Louis Farrakhan to receive Islamic services.

As I wrote to you recently the Captain Rickel, LT Scarborough and LT Sakdeo threaten to kill me like James Bulger. So despite the Warden Matevousian responding to a complain that I ~~never~~ had the right to contact Louis Farrakhan the FBI is still denying it.

Louis Farrakhan is a recognize Islamic Religious leader and I need to get advice of Islamic ~~~~ in the US and in the BOP. As the ~~~~ plan to kill me I need to know how Islamically I will

be heard.

★ Supermax Warden Matevousean is denying to fill a complaint against the Death threat by his captain

I request to see you urgently and that you order Supermax Matevousean to allow me to phone write and get visit by Nation of Islam Minister Louis Farrakhan
Also I renew my request to have a lawyer, J Well Dixon & Thomas Wilner and Laura Rovner of the University of Denver, Sturm College of Law.

Slave of ALLAH

Zacarias Moussaoui

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR -2 2019

JEFFREY P. COLWELL
CLERK

19-51427054-0319-MO-026
MOUSSAOUI
350-F2375

U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

DENVER CO 802
21 MAR 2019 PM 7 L

Hon Michael E Hegarty, US Magistrate Judge
Alfred A Arraj US Courthouse
901 19th Street Suite A542
Denver CO 80294