# In the Name of ALLAH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:55 pm, Apr 25, 2019
JEFFREY P. COLWELL, CLERK

Magistrate Judge  Gordon Gallagher  03/28/19

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker

Subject: Death threat by Captain Ricardo, LT Scarborough and LT Sookdeo

On February 15 2019, Captain Ricardo, LT Scarborough, LT Sookdeo (Saakdeo) threaten to kill me like "Bulger". This death threat is extremely credible taking account that I threaten the so call "National Security" by exposing the true account of 9/11 or CIA / Saudi collaboration with Usama Ben Laden, Saudi Prince Turke Al Faesal Al Sauds, Saddam Hussein, Pakistan General Chief of Intel Babar Ahmed (in US Jail) and many other that I beg to testify about for many year. Also I have given to the FBI, DJ Beunheima, DJ Shean Freeem (Ok) your court of Appeal detail account on how in preparation of 9/11 I kill Camel can

with Hussein Al Attas, Iman Seoah, Bro Abdelkader, Bro Omar my laceing strong with overdose deeay cocktail. Because I can testify on my "work" with CIA Michael Scheuer, Frank Pellegrino before 9/11 your government try to kill me. Not to forget that 3 week before 9/11 I informed Harvey Saniel who arrested me that I worked with the CIA/FBI Frank Pellegrino.

Despite that under the SAM I am willing to get J. Well Dixon, Thomas Mehuen as attorney Superman deny me then Brother attorney of the Nation of Islam of Louis Farrakhan will surely give me Pro Bono legal assistance but your Gov keep me in solitary confinement incommunicado".

I petition your to order that I get

the 9/11 victim committee

Since 2014, the FBI has deny me to complete the Testimony to the 9/11 victim committee

I petition you to Order supermax to allow me to phone the following attorney, Laura Rovner (Univ of Denver), Pat Meka, (Col Spr) Colorado ACLU, Mrs William Muir (Col Spr), Robert C Gardner (Colorado Spring) To get legal assistance.

Justice can be delay, Justice can be Deny but Justice will Prevail Indeed ALLAH Justice will Prevail

Slave of ALLAH

Zacarias Moussaoui

Enmy Combatant

P.S. Also I spoh 3 time to Judge Hegarty about the Psychological Warfare Torturing in ADX

telephone call to Presiding Judge James Pohl of the Military Commission by which two defendant lawyers visited me twice in 2017-18 so I be a witness in the upcoming 9/11 Gitmo Trial

I petition yous to order that I get to phone 9/11 approved lawyer J. Wells Dixon & Thomas Welmer

I petition yous to order that Warden Andre Matevousian stop death threat, psychological torture against me by Supermax Staff and "Snitch" inmate

I petition yous yous order Supermax to allow to have phone, visit, letter contact by Chief Minister of Nation of Islam Louis Farrakhan

In 2014 I gave an under oath deposition with court reporter order by D.J. Daniel of N.Y. for



Name: MOUSSAOUI
Reg No: 51427-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500
19-5142705L-0401-mo-038

Office of the Clerk, US District Court
Alfred A. Arraj Courthouse
901-19th St. Room A105
Denver, CO 80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 25 2019
JEFFREY P. COLWELL
CLERK